KENNETH ROSELLINI (6047)
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
*Attorney for Plaintiff, Dennis Mazzetti*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAZZETTI,<br><br>　Plaintiff,<br><br>　　v.<br><br>THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), CHRISTOPER JAMES "CHRIS" CHRISTIE, in his individual and official capacities, LISA VON PIER, in her official capacity as Director of DCP&P, ALLISON BLAKE, in her official capacity as the Commissioner of the Department of Children and Families, KATHLEEN A. LUCAS, in her individual capacity, ANNA SEVERINO, in her individual capacity, MARY WEIXEL-MARTIN, in her individual capacity, SUSAN M. SLAFF, in her individual capacity, ALICE SCHAEFFER NADELMAN, in her individual capacity, BONNIE J. MIZDOL, in her individual capacity and official capacity, MARGARET FOTI, in her individual capacity and official capacity, ELLEN BUCKWALTER, in her individual capacity, KIMBERLY ROBERTS, in her individual capacity, ERICA ZAPATA, in her individual capacity, and John Does 1-15,<br><br>　Defendants. | CIVIL ACTION<br><br>Case No. : 12-5347 (KSH) (PS)<br><br>JURY TRIAL DEMANDED<br><br>**APPLICATION BASED ON AFFIDAVIT OF PREJUDICE OF THE HONORABLE KATHARINE S. HAYDEN, U.S.D.J. FOR RECUSAL AND ASSIGNMENT OF NEW JUDGE PURSUANT TO 28 *U.S.C.A.* §144** |

To the Clerk of Above-named Court:

　　Application is made, for the reasons set forth in the foregoing affidavit and

certificate which have been filed with the Court, that appropriate proceedings be taken under 28 U.S.C.A. § 144 to assign another judge to hear the proceeding.

December 7, 2014

_____
KENNETH ROSELLINI
ATTORNEY FOR PLAINTIFF, DENNIS MAZZETTI