# KENNETH ROSELLINI
## ATTORNEY AT LAW

Ottilio Building
555 Preakness Avenue
Level Two, Four East
Totowa, New Jersey 07512

(973) 998-8375
Fax (973) 998-8376
E-mail KennethRosellini@Gmail.com

NEW JERSEY AND NEW YORK BARS

December 8, 2014

*VIA ECF*
Clerk
United States District Court
M.L. King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    *Dennis Mazzetti v. Kara P. Wood, et al.*
                Civil Action No. 12-5347 (KSH)
                Request for Issuances of Summonses for
                Amended Complaint

Dear Clerk of Court:

      I am Counsel for Plaintiff Dennis Mazzetti in the above-referenced matter in which an Amended Complaint was filed on December 4, 2014. Plaintiff requests that Summonses for the Amended Complaint be issued for the following added Defendants for service:

        CHRISTOPER JAMES "CHRIS" CHRISTIE
        LISA VON PIER
        BONNIE J. MIZDOL
        MARGARET FOTI
        ELLEN BUCKWALTER
        KIMBERLY ROBERTS
        ERICA ZAPATA

Thank you for your consideration and attention to this matter.

                                    Respectfully submitted,

                                    Kenneth Rosellini

Cc:    Counsel of Record *Via ECF*