**KENNETH ROSELLINI (6047)**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
*Attorney for Plaintiff, Dennis Mazzetti*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAZZETTI, | CIVIL ACTION |
| Plaintiff, | Case No. : 12-5347 (KSH) (PS) |
| v. | JURY TRIAL DEMANDED |
| THE NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), CHRISTOPER JAMES "CHRIS" CHRISTIE, in his individual and official capacities, LISA VON PIER, in her official capacity as Director of DCP&P, ALLISON BLAKE, in her official capacity as the Commissioner of the Department of Children and Families, KATHLEEN A. LUCAS, in her individual capacity, ANNA SEVERINO, in her individual capacity, MARY WEIXEL-MARTIN, in her individual capacity, SUSAN M. SLAFF, in her individual capacity, ALICE SCHAEFFER NADELMAN, in her individual capacity, BONNIE J. MIZDOL, in her individual capacity and official capacity, MARGARET FOTI, in her individual capacity and official capacity, ELLEN BUCKWALTER, in her individual capacity, KIMBERLY ROBERTS, in her individual capacity, ERICA ZAPATA, in her individual capacity, and John Does 1-15, | **CERTIFICATION OF MOHAMED KHALIL** **AFFIDAVIT OF PREJUDICE OF THE HONORABLE KATHARINE S. HAYDEN, U.S.D.J. FOR RECUSAL AND ASSIGNMENT OF NEW JUDGE PURSUANT TO 28 *U.S.C.A.* §144** |
| Defendants. | |

I, **MOHAMED KHALIL**, do hereby certify the following in lieu of oath or

affidavit:

1.     The Honorable Katharine S. Hayden, Judge of the United States District Court presided over my Civil Rights case against, *inter alia*, the New Jersey Division of Child Protection and Permanency ("DCP&P") [formerly Division of Youth & Family Services [*see* U.S.D.N.J. Docket No.: 12-7284 (KSH)].

2.     It has come to my attention that Judge Hayden is the wife of attorney Joseph Hayden, Jr., whose law firm represented me, (charging in excess of $80,000) in a Petition for Certification to the Supreme Court of the State of New Jersey involving similar issues of substantive due process violations in a DYFS case as the Plaintiff Dennis Mazzetti in the above-captioned action.

3.     Judge Hayden dismissed my Civil Rights case against DYFS on similar grounds to that for which she improperly dismissed the above-captioned case (on *Rooker-Feldman* grounds) while I was being represented by my attorney, Kenneth Rosellini, Esq. [*see* U.S.D.N.J. Docket No.: 12-7284 (KSH) currently on appeal in the Third Circuit Case No.: 14-1506].

4.     Judge Hayden did not disclose this potential conflict in my matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

MOHAMED KHALIL

December 4, 2014