

*State of New Jersey*

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-116

JOHN J. HOFFMAN
*Acting Attorney General*

JEFFREY S. JACOBSON
*Director*

December 23, 2014

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  Mazzetti v. Wood, et al.
    Civil Action No.:  12-5347

Dear Judge Hayden:

    This office represents State of New Jersey, Department of Children and Families, Division of Child Protection and Permanency; Kara Wood; Allison Blake; Kathleen A. Lucas, Anna Severino, Mary Weizel-Martin, and Susan Slaff.

    Please accept this correspondence in opposition to plaintiff's filing of Amended Complaint dated December 4, 2014. Firstly, the docket is closed and the matter has been previously dismissed by Your Honor.  Plaintiff filed an appeal with the Third Circuit, wherein they remanded for further finding. Supplemental briefs were supplied to Your Honor in September. No new decision has yet been filed, and as such the matter is closed.

    Additionally, pursuant to F.R.C.P. 15(a)(1), plaintiff's time for amending his pleadings as a matter of course has long expired.  Plaintiff has not sought leave of Court to file the amended pleading pursuant to F.R.C.P. 15(a)(2).



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-4898 • FAX: (609) 633-8702
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

    For the reasons above, the filing of the amended pleading is improper and should be dismissed.

                          Respectfully submitted,
                          JOHN J. HOFFMAN
                          ACTING ATTORNEY GENERAL OF NEW JERSEY

                          By: /S/ Carla Pereira
                          Carla S. Pereira
                          Deputy Attorney General